UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

| GILL GRAVES, | |
|---|---|
| Plaintiff, | |
| -against- | |
| CYNTHIA BRANN, et al., | |
| Defendants. | |

1:20-cv-09416 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

This case was filed on November 9, 2021 [ECF No. 2]. By order dated February 3, 2021, the Court directed Plaintiff to amend his complaint [ECF No. 9]. No amended complaint ever was received from Plaintiff. The Clerk of Court, however, did receive mail returned as undeliverable addressed to Plaintiff. Because Plaintiff has not provided an updated address with the Court, there is no way for the Court to contact him. Accordingly, it is hereby ORDERED that the above-captioned action is dismissed for failure to prosecute. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: October 7, 2021
      New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**